**FILED**

March 09, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JP

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | Case No.: **DR:25-CR-00430-EG-1** |
| **KENNETH WAYNE MULKEY,** | § | |
| *Defendants.* | § | |

## ORDER ON MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Before the Court is the Government's Motion for Preliminary Order of Forfeiture (the "Motion"), ECF 41, filed on March 4, 2026, against the following property:

1. **Apple iPhone 11, IMEI: 357197852248825, Serial Number: FFWJJH7BN72J;**
2. **Apple iPhone 12 Pro Max, IMEI: 358686417274127, Serial: F2LF9S780D42; and**
3. **Apple iPhone 15 Pro Max, IMEI: 356511211072760, Serial: DX93WJKF47**

(the "Subject Property"). The Government files the Motion pursuant to 21 U.S.C. § 853(n)(1)–(7) and Federal Rule of Criminal Procedure 32.2(b)(2), (b)(2)(B), and (c)(1).

After review of the record, the Defendant's Plea Agreement, and the premises outlined by the Government in the Motion, the Court finds that the Government has established by a preponderance of the evidence a nexus between the Subject Property and Defendant Kenneth Wayne Mulkey's violation of 18 U.S.C. § 2422(b), as outlined in the Indictment, entered on February 19, 2025. Accordingly, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that all rights, title, and interest of Defendant Kenneth Wayne Mulkey in the Subject Property is hereby **FORFEITED** to the Government.

**IT IS FURTHER ORDERED** that upon entry of the Preliminary Order of Forfeiture (the "Order"), the Government, through its lawfully designated agent and agencies, including the

Department of Homeland Security, shall seize, take custody, control, and possession of the Subject Property whether held by Defendant or a third party.

**IT IS FURTHER ORDERED** that the Government shall publish for at least 30 consecutive days on an official government internet website, (www.forfeiture.gov), the notice of this Order and its intent to dispose of the Subject Property in such manner as the Government directs. The Government must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding.

**IT IS FURTHER ORDERED** that the Government shall send the Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the Motion and incorporated herein, to those known to the Government to have an interest in the Subject Property.

**IT IS FURTHER ORDERED** that in the event a third-party petition is filed as to the Subject Property, the Government shall commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Federal Rule of Civil Procedure 45 to resolve any third-party issues.

**IT IS FURTHER ORDERED** that at the time of the sentencing of Defendant, this Order shall become final as to Defendant, be made part of the sentence, and be included in the Judgment in a Criminal Case.

**SIGNED**, this 9th day of March 2026.

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE